435 A.2d 260

Patel, Appellant v. Milgram, et al.

Argued September 11, 1980. Manojkumar D. Patel, appellant, in propria persona; Paul A. Barrett, for appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

435 A.2d 261

Schmidt, et al. v. Mason, Adm. for Muth Estate, Appellant.

Submitted December 5, 1980. Thomas G. Mundhenk, for appellant; Samuel Glantz, for appellees.

Before HESTER, SHERTZ and WIEAND, JJ.

Order affirmed.